**The Honorable Benjamin H. Settle**

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| MICHELE BOTTIGLIERI ARMATORE S.p.A., <br><br> Plaintiff, <br><br> vs. <br><br> EUROPA SHIPPING INC., <br><br> Defendant. | IN ADMIRALTY <br><br> Case No. 3:14-cv-05257-BHS <br><br> **PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT** |

WHEREAS, Plaintiff Michele Bottiglieri Armatore S.p.A. ("Michele Bottiglieri") filed a Verified Complaint in the United States District Court for the Western District of Washington on March 27, 2014, with a claim against Defendant Europa Shipping Inc. ("Defendant" or "Europa"), in an amount of USD $2,188,133.80, together with interest, costs, and attorney's fees, with a prayer for process to attach Defendant's property within the district, including but not limited to the M/V MARIA (IMO No. 9519016), a vessel owned by Europa, accompanied by an Affidavit pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure stating that, to the best of Affiant's knowledge, or on information and belief, the Defendant cannot be found within the District, together with a Motion for Issuance of a Writ of Attachment and Garnishment, and:

Case No.: 3:14-CV-05257-BHS
PROCESS OF MARITIME ATTACHMENT AND
GARNISHMENT - 1

KEESAL, YOUNG & LOGAN
1301 FIFTH AVENUE, SUITE 3300
SEATTLE, WASHINGTON 98101
(206) 622-3790

1    WHEREAS, the Court reviewed the Verified Complaint and Affidavit and found that the conditions of Rule B appeared to exist and entered an Order so stating and authorizing the issuance of process of maritime attachment and garnishment;

   NOW THEREFORE, we hereby do empower, strictly charge and command you, the said Marshal, or other authorized process server, to attach and garnish the M/V MARIA (IMO No. 9519016), and any other property of Europa aboard said vessel or in the custody of others in this District and to detain the same in your custody subject to further order by this Court.

   You are hereby directed to serve a copy of the Complaint and this Writ of Attachment on the person in possession of the M/V MARIA or other property of said Defendant, and promptly return your writ.

   DATED this _____ day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Molly J. Henry
Philip R. Lempriere, WSBA No. 20304
Molly J. Henry, WSBA No. 40818
Attorneys for Plaintiff
Michele Bottiglieri Armatore S.p.A.
Telephone:  (206) 622-3790
Facsimile:  (206) 343-9529
E mail:  philip.lempriere@kyl.com
         molly.henry@kyl.com

KYL_SE92653

Case No.:  3:14-CV-05257-BHS
PROCESS OF MARITIME ATTACHMENT AND
GARNISHMENT - 2

KEESAL, YOUNG & LOGAN
1301 FIFTH AVENUE, SUITE 3300
SEATTLE, WASHINGTON 98101
(206) 622-3790